**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur F Gerth, | No. CV-18-02896-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| C. Foster, | |
| Defendant. | |

On November 13, 2018, the Minute Order (Doc. 8) sent from the Clerk of Court to Plaintiff was returned to the Court as undeliverable (Doc. 9). The returned envelope is marked with a handwritten note: "Return to Sender Addressee is not at this address" and stamped "Return to Sender/Attempted-Not Known/Unable to Forward." (*Id.*). The Court previously warned Plaintiff that the failure to file a notice of change of address may result in the dismissal of this action. (Doc. 7 at 3). Therefore,

**IT IS ORDERED** that by **December 17, 2018**, Plaintiff shall either (i) file a notice of change of address with the Court or (ii) show cause why this action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with the Court's Order and to prosecute this case.

Dated this 16th day of November, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge