# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur F Gerth,<br><br>    Plaintiff,<br><br>v.<br><br>C. Foster,<br><br>    Defendant. | No. CV-18-02896-PHX-SMB<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation filed by Magistrate Judge Willett on January 8, 2019 (Doc. 14). No objections have been filed, which relieves the Court of its obligation to review the Report and Recommendation. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the Report and Recommendation and dismiss the complaint without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

**IT IS ORDERED:**

1. The Report and Recommendation (Doc. 14) is accepted and adopted.

2. The Complaint (Doc. 1) is dismissed without prejudice.

3. The Clerk is directed to enter judgment and terminate this action.

Dated this 29th day of January, 2019.

Honorable Susan M. Brnovich
United States District Judge